IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MITSUMI ELECTRIC CO., LTD.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No.  **6:08-cv-229** |
| **SAMSUNG ELECTRONICS CO., LTD.,** and **SAMSUNG ELECTRONICS AMERICA, INC.** | § § § § § | |
| *Defendants*. | § § § § | |

## ORDER OF DISMISSAL

On August 8, 2008, Plaintiff Mitsumi Electric Co., Ltd. filed a Notice of Dismissal of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court hereby dismisses the above-captioned action without prejudice.

**So ORDERED and SIGNED this 11th day of August, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**